1  (Counsel of record on next page)

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  REGINALD SAVANNAH, et al.,          No. 15-cv-05845-VC

12          Plaintiffs,                 **[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**

13      v.

14  SODEXO, INC., et al.,               Judge:    Hon. Vince Chhabria

15          Defendants.

1 | MICHAEL A. STRAUSS (Cal. State Bar No. 246718)
ANDREW C. ELLISON (Cal. State Bar No. 283884)
2 | STRAUSS & PALAY, APC
121 North Fir Street, Suite F
3 | Ventura, CA  93001
Telephone:      (805) 641-6600
4 | Facsimile:       (805) 641-6607
mike@strausspalay.com
5 |
ALEJANDRO P. GUTIERREZ (Cal. State Bar No. 107688)
6 | LAW OFFICES OF HATHAWAY, PERRETT, WEBSTER,
     POWERS, CHRISMAN & GUTIERREZ
7 | 200 Hathaway Building
5450 Telegraph Road
8 | Post Office Box 3577
Ventura, CA  93006-3577
9 | Telephone:      (805) 644-7111
Facsimile:       (805) 644-8296
10 | agutierrez@hathawaylawfirm.com

11 | Attorneys for Plaintiffs and the Putative Class

12 | JEFFREY D. WOHL (Cal. State Bar No. 096838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
13 | W. TUCKER PAGE (Cal. State Bar No. 306728)
PAUL HASTINGS LLP
14 | 55 Second Street, 24th Floor
San Francisco, California 94105
15 | Telephone:      (415) 856-7000
Facsimile:       (415) 856-7100
16 | jeffwohl@paulhastings.com
jullielal@paulhastings.com
17 | tuckerpage@paulhastings.com

18 | Attorneys for Defendants
Sodexo, Inc., and Sodexo Remote Sites Partnership

19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 84831270.1

ORDER ON STIPULATED PROTECTIVE ORDER
U.S.D.C., N.D. Cal., No. 15-cv-05845-VC

Pursuant to the parties' Stipulation to Entry of Protective Order, and good cause appearing therefor,

IT IS ORDERED that the parties' Stipulation is adopted as the Court's Protective Order in this action.

Dated: February __, 2016.

_____
Vince Chhabria
United States District Judge